UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:                                                    Chapter 7

Michael N. Moroknek,                                      Case No. 804-82632-511

        Debtor.

-------------------------------------------------------------X

Marc A. Pergament, Trustee of the Estate
of Michael N. Moroknek,                                   Adv. Proc. No.

        Plaintiff,

      -against-                                      **COMPLAINT**

Vivian Moroknek,

        Defendant.
-------------------------------------------------------------X

      Plaintiff, Marc A. Pergament, Trustee of the Estate of Michael N. Moroknek, by his attorneys, Weinberg, Gross & Pergament LLP, as and for his Complaint herein, alleges as follows:

## JURISDICTION AND VENUE

      1.    This adversary proceeding is commenced pursuant to 11 U.S.C. §§363 and 541, and Bankruptcy Rule 7001, seeking the partition and/or sale of certain real property. This Court has subject matter jurisdiction over this adversary proceeding pursuant to U.S.C. §157(a) and §1334(b).

      2.    The claim for relief in this proceeding is a "core proceeding" within the meaning of §157(b)(2).

      3.    This Court has venue pursuant to 28 U.S.C. 1409(a).

## FACTUAL ALLEGATIONS

4.    Marc A. Pergament is the duly appointed Chapter 7 trustee pursuant to 11 U.S.C. §704, having been appointed after the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, has duly qualified as such, and by operation of law, became the permanent Trustee of this case.

5.    On or about April 20, 2004, Michael N. Moroknek (hereinafter "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

6.    Upon information and belief, at all time relevant herein, Defendant Vivian Moroknek has been a domiciliary of the State of New York, residing at 11 Grove Place, Northport, New York, and is the wife of the Debtor.

7.    Upon information and belief, the Debtor and Defendant own in fee, as tenants by the entireties, certain real property known as 11 Grove Place, Northport, New York (hereinafter "the Property").

8.    Upon information and belief, the Debtor and the Defendant own no other property as tenants by the entireties.

## AS AND FOR A FIRST CLAIM FOR RELIEF

9.    The Debtor owns in fee and possesses one undivided half interest in the Property and the Defendant owns in fee and possesses one undivided half interest in the Property.

10.    The Debtor's undivided half interest in the Property is property of the Debtor's estate pursuant to 11 U.S.C. §541.

11.    The Plaintiff is entitled to sell the Debtor's undivided half interest in the Property pursuant to 11 U.S.C. §363.

12.     The Plaintiff seeks the partition of the Property or an order compelling the sale of the Property so that the Plaintiff may recover the Debtor's undivided half interest in the property for the benefit of the Debtor's estate.

13.     If this Court deems partition of the Property to be impracticable, Plaintiff requests that the Court direct the sale of the property pursuant to 11 U.S.C. §363(h) and the equal division of the sale proceeds between the parties according to their respective rights.

WHEREFORE, Plaintiff Marc A. Pergament, Trustee of the Estate of Michael N. Moroknek, demands judgment against Defendant Vivian Moroknek as follows:

a.     on the first claim for relief, for partition and division of the Property according to the respective rights of the parties;

b.     or if partition is impracticable, for judgment directing the sale of the Property pursuant to 11 U.S.C. §363(h) and the equal division of the proceeds between the parties according to their respective rights,

c.     costs, disbursements and reasonable attorneys fees; and

d.     such other and further relief as this Court deems just and proper.

Dated:     Garden City, New York
           June 14, 2004

Weinberg, Gross & Pergament LLP
Attorneys for Plaintiff Marc A. Pergament, Trustee of the
Estate of Michael N. Moroknek

By:     _____
        Marc A. Pergament (MP-6183)
        400 Garden City Plaza, Suite 403
        Garden City, New York 11530
        (516) 877-2424