UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

Michael N. Moroknek,

                Debtor.
-------------------------------------------------------X
Marc A. Pergament, Trustee of the Estate
of Michael N. Moroknek,

                Plaintiff,

      -against-

Vivian Moroknek,

                Defendant.
-------------------------------------------------------X
Vivian Moroknek,

                Plaintiff,

      - against

Michael N. Moroknek,

                Defendant.
-------------------------------------------------------X

Date: September 27, 2004
Time:        9:30 a.m.

Chapter 7

Case No. 804-82632-511

Adv. Proc. No. 804-08386-511

NOTICE OF HEARING

        PLEASE TAKE NOTICE that on September 27, 2004 at 9:30 a.m., the undersigned

will move before the Honorable Melanie L. Cyganowski, United States Bankruptcy Judge, United

States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Room 960, Central

Islip, New York  11722, or as soon thereafter as counsel can be heard for an Order:  (a) pursuant to

Rule 14 of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule

7014 of the Federal Rules of Bankruptcy Procedure, severing the Third-Party Complaint

commenced by Defendant Vivian Moroknek against Michael N. Moroknek; and (b) for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, opposition to the Trustee's motion shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the opposition, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Melanie L. Cyganowski, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Long Island Federal

2

Courthouse, 560 Federal Plaza, Central Islip, New York  11722, and filed with the Clerk of the

Bankruptcy Court, on or before September 22, 2004.

Dated: Garden City, New York
       September 13, 2004

                                        Weinberg, Gross & Pergament LLP
                                        Attorneys for Trustee

                              By:       _____
                                        Marc A. Pergament (MP-6183)
                                        400 Garden City Plaza, Suite 403
                                        Garden City, New York  11530
                                        (516) 877-2424

3